4-2-2-0218 v. Murry, Inc. Council for the Appellant, could you state your name for the record, please? Yes, sir. This is Eric Carlson here for John Murray and Key Realty, Inc. Thank you. And Council for the Appellee, please state your name. Your Honor, Jeff Orduno for the Appellees. Okay, thank you. Mr. Carlson, you may proceed. Yes, Your Honor, this is before you on what was, I believe, an erroneously entered contempt order. The contempt order in this case had to do with a bank account order which had been entered several years earlier. The issue which was raised during the contempt proceedings is that the bank account was not actually jointly owned, as had been apparently presumed by the court. Rather, this bank account in question, a bank account at Chase ending with 5681, turned out was solely owned by Key Realty, Inc. Key Realty, Inc., in this case, in turn, is solely owned by John Murray. Now, just to give you a little bit of background on how we got to this point, the parties in this case, Key Realty and Country North, in 2013 had decided to merge. And they took significant action towards actually merging their company. They essentially acted as if they had been merged. However, the merger never did end up going through. Less than a year later, they broke apart, and as it turned out, they never did create a new corporation for them to actually put all their money into. They never did any of the final steps that were needed to actually complete the merger. What they had done was simply gone into business as if they had been merged and put all of the money into a solely owned account that was owned by John Murray. Now, what ended up happening later on was this solely owned account, John Murray was the only one who was responsible for any of the taxes that were generated by this joint venture that never quite took off, because he was the only one who was the owner of the corporation. Now he's in a position where he cannot use his own funds to pay the taxes that were generated from this endeavor. Mr. Carlson? Yes. Let me ask you a question. While the record is devoid of any transcript of the bank order that we have here, the hearing, it informs us that the bank order that it was entered in at a pretrial conference, the same date the parties and attorneys appeared for the hearing. Doesn't this clearly indicate that this was agreed to by the parties? I don't believe so. I've talked to my client. He certainly never agreed to this. I've talked to the attorney that represented my client at the time. He has no memory of this. Counsel, you're speaking of things that are outside the record, aren't you? Well, no, I believe that my client testified to this in the record. Well, be clear that what you're referring to is actually in the record. Okay. I do apologize. I don't believe that the comments from the former counsel here are in the record. I believe there was a discussion of that in the record, but I don't believe he actually came in and testified. At any rate, there is no record to tell me as a new attorney who came on what happened. All I know is that I went back through to defend on this contempt issue and went to try and find out, okay, who actually does own this bank account. And I was quite surprised to find out that the bank account was not actually a jointly owned bank account. In fact, it was set up solely by John Murray and solely under the name of Key Realty Inc. That is definitely in the record. This is what I raised in detail at the contempt proceeding to let the judge know that, hey, this was an order that was incorrect. This is an order that, for whatever reason. I, again, apologize, but you are you essentially asking this court here to rule that the October bank order is void. Can you explain why there's no transcript of that record or bystanders report or even an agreed statement of facts that have been made part of the record here for this court? It's because nothing happened. There is no record because there was no hearing. That's kind of the whole point here. Judge, if there had been a hearing, then we would have a record. That is why we have to have hearings. That's why it's so important for due process to actually occur. The point here is that there was no due process. This was entered without any due process to my client whatsoever. It was entered without any hearing whatsoever. Those are the facts. The fact that there is no record is the fact. Well, counsel, I really would like for you to clarify and the point in the record what supports your statement that there was no hearing, because it's reflected that that bank account order was entered at a pre trial conference. And the parties and the attorneys appeared. So, where in the record. Do you find support that there was no hearing. I find support that there was no hearing from the admission of opposing counsel who said that the issues of ownership never came up. This is what he explained to the judge in this case. This, this is, I'm sorry, I don't understand that. How does that evidence that there was no hearing, which is what you just said. Yes, there was no hearing. There is no. If there was a hearing, there would, it would have occurred there either would have been a motion to have a hearing, there was no motion, there would have been allegations within the complaint that alleged that this was a jointly owned that this was a jointly owned bank account that was never alleged. I understand what you're saying here. This was an agreed order according to the record does bank. Council, please. This would go a lot quicker if you just simply answer the question, and I have to be able to ask the question first. The bank account order. According to the record was entered at a pre trial conference, and the record reflects that the attorneys were present the parties were present and that this was an agreed order. What in the record. Do you point to in dispute of that. The fact that there's nothing that says that it's an agreed to order. It's just not on. No, excuse me, Council. It. You had initially said there was no hearing. And that's what I was trying to clarify what in the record disputes, what I just indicated to you. Right, there was a pre trial conference, but a pre trial conference is not a hearing a pre trial conference does not judge any facts it does not even require any facts to be alleged, there doesn't have to be a motion. Or a hearing in order for an agreed order to be entered. But this was not an agreed order. So how was this entered. How do you, how can you tell us this was not an agreed order. We haven't seen record. It doesn't say agreed order on it. Well, how could it possibly be an agreed to order. If it's doesn't say agreed order that's just on its face, not an agreed order. I've, I've objected to it, as soon as I became aware of the inconsistencies and problems with it that's why it's before this appellate court now, it's, that's how it's procedurally gotten here is to the objections that I've made of this order. Was it. When was it first referred to as an agreed order in this court right now. What are you saying in the briefing. I've never, I've never called this an agreed order. It's never been an agreed order. It's never been referred to as an agreed order by anyone that I'm aware of. It's just not an agreed order it doesn't say it wasn't console. Does the record here reflect that your client treated this as an agreed order. The record reflects that my client didn't object to it until I looked into this and my question was, didn't your client treat this as though he had agreed to this order. No, because they had actually been for several months before this order. They had been, they had agreed that they were going to be having joint signatures on this account. All right, let me, let me ask you this council because I think it gets to this issue of being this agreed order here in November of 2016 defendant filed a motion in this case for disbursement of funds, based upon the October bank order. For 75,000 to pay taxes. He testified in his, his request did not involve account number 5681. So under what bank account where there's sufficient funds to pay the taxes, other than bank account 5681. This is asking to have funds dispersed in the only account that we have the record of the bank order address count account 5681. So, your client. So, my question. First question is, under what other account is there where there was sufficient funds for $75,000, because he testified, there was no other account. There were no other accounts that had that funding. Correct. Okay, so which account was he referring to when he asked to have funds dispersed from. If it was not the former. Go ahead. Yes. The former attorney on that, who is an attorney Tim with him who filed that motion. I believe, fully did believe that this was a joint account, not that it was a solely owned account. Okay, and he found that on behalf of your client. He did. And your client was operating as though the October bank order wasn't agreed or that it was the order that he was working on. He was, he was been led to believe that that was an order that was valid and was against him yes. Council assuming for the moment that the October bank order that we've been talking about was erroneously entered. How does that amount to a deprivation of the trial court have jurisdiction to enter the order, and by that I mean, this court deals all the time with owners that have been erroneously entered. And that a court might erroneously enter an order. In no way speaks to whether the court had jurisdiction at all, seems to me in this case the parties were before the court, and the court was dealing with parties had jurisdiction to the person jurisdiction of this issue was involved in this case. And assuming for the moment, this order was not was erroneously entered. The argument you're raising is the court was without jurisdiction to honor it seems like that that's entirely groundless what what is the basis of your claim that the court had no jurisdiction of the parties done before. It's a subject matter jurisdiction issue Your Honor, they did have jurisdiction with regards to the parties. The question is whether they had jurisdiction to enter an order in the absence of a judgment against solely owned assets. And what is the basis of your claim that this is a matter that renders the court without jurisdiction. No court can freeze assets without a judgment, except for in limited situations that the Illinois civil procedure rules, section one dash 401, explain the limited situation where that can occur. But otherwise, this would give courts unfettered action to freeze assets without any without any hearing without any without any sort of finding that the that the claimant actually had any sort of claim that was legitimate to those assets. The Illinois Supreme Court has on a number of occasions pointed out that article six of the Illinois Constitution provides that the circuit court is to have jurisdiction of all justiciable matters would appear that this would be a justiciable matter. And therefore, it would have subject matter jurisdiction. What's your position. Yes, my position is that there. This is just just a bold matter that the issue of whether or not they're the judge can that the courts have jurisdiction to help determine a declaratory judgment action, and to help determine the status of the parties in this dissolution of their business 100% there's jurisdiction for this. The issue comes up with whether or not there's subject matter jurisdiction for this specific action of the court, and this came up specifically in that group of Mexicanos Supreme Court case in which the US Supreme was an erroneous order that was entered. Why wasn't there any challenge made of it for years, you have. That's why God invented appellate courts here we are, you could have sought to have this challenge and many number of ways. But suddenly, years later you're saying oh there was no jurisdiction. How does that work. Yeah, it's because I was the third or fourth attorney on this case. I'm not interested in your number of lawyers, I've been here. Council, excuse me, there's a civil matter there's no ineffective assistance of counsel claim. And that can't be. So what we're talking about is forget about you personally. Your client failed to challenge this matter through whomever by bringing a claim that this was an error and suddenly you appear and you're saying it's without jurisdiction. Why should we accept that. Because jurisdiction is something that can be never ever be waived. This is, that's, this is that big of an issue that as soon as this does get waived, it's not, or as soon as this does get brought up, it's now brought up, and now is before this court that's why I made the objection that's why I have before the court is litigation is before the court in this aspect of the litigation is something that the court has no jurisdiction to consider despite the Supreme Court's decision in Belleville, Toyota, such a position. And just, I'm just going to look up the, the Belleville case, that's the one where the as Justice Harris pointed out, the Supreme Court says partisan before the court and the personal jurisdiction of the court is and the all justiciable matters are then before the court. The court is jurisdiction over everything. Right, and that that is the one where the court in that case was actually making a statement in the context of explaining why cases that involve statutory causes of action should not be avoided for failing to follow for failing to strictly follow the rules of the statute, because those are not on equal footing with non waivable issues, such as subject matter jurisdiction. This is one of those non waivable issues this is subject matter jurisdiction. So the Belleville court was actually was saying that saying that you can't do that. In this case because this isn't one of those cases. However, I have one of those cases I have one of those cases that involve the subject matter jurisdiction because, and honestly, this is a case, this is a situation where if we allow claimants to just have assets frozen against people without having to go through any sort of hearings, without having to go through due process to even give the judges that power is, it's subject to so much abuse that this is why wasn't a challenge or appeal made sooner. Because there wasn't a final order to appeal sooner, you mean there was no basis to challenge this is that what you're claiming. I started challenging it as soon as I, as soon as I saw it. Six years later, when I was brought into the case yes is the answer yes six years later. Yes. So if the court enters an erroneous order. There's a basis to challenge it isn't that reconsideration especially if it sounds like an injunction, you can get immediate appeal tension. This issue is non waivable so when it was assuming you're right, and if it's just normal trial court error there's no reason to ever have to invoke claims that the court was without jurisdiction. Right, and look for exceptions to what seems to me to be an overarching statement by the only Supreme Court, essentially rejecting everything you just said, with regard to a court not having jurisdiction. No, I believe they said exactly, I actually what I just said was a quote from the Belville case maybe I'll put that to you again. Okay, go ahead with your. Yes, Your Honor. Before you do that, let me ask you so that I'm clear from reading your brief your subject matter jurisdiction is your argument is that this account was solely key realities account. Correct. And the court never had a subject matter jurisdiction over that account. That's your argument. Correct. Now, isn't it true from these facts that that account that we, that's the subject of this case. This litigation here that the Apple ease had access to that account wrote checks on that account, and acted as though that was a joint account. They did have access to it, they did checks on that account. On behalf of key realty, yes, and on behalf of the athlete that on behalf of key realty. They were doing business under key realty they were doing business as key realty so they were what I'm trying to get at is. So, your argument is is that this was solely his account but yet the facts before us suggest otherwise. They operated as though this was a dual account for both parties in this case. No, that I think that there's a little little confusion there. So what had happened was they were planning on joining the two corporations they realized that in order to do that they're going to have to have all of the, because the way the broker laws are set up with with real estate that they're going to have it all go through one corporation. So they chose key realty, Inc, to be the one corporation that everything would run under, they started doing business together through that, but now all the businesses that they were doing together. Every realtor that has to get paid out has to get paid out from from the key realty account because they're now working for key realty, you know when they split up all the different realtors that wouldn't the court have subject matter jurisdiction over this account. Because it was solely owned the other parties in this case, country north, and, and the appellees had no ownership to this account that that that is the underlying fact. Now, they may have believed they had ownership as I went through this in quite a bit of detail on the questioning they believed that a joint entity existed they believed that there was that they did have some ownership to this account through a joint entity however the joint entity never existed they never got to that step. And Mr Carlson, you are out of time, you will have time and rebuttal argument. Thank you so much, Mr Arduino, you may argue your honor if I'll adjust the camera briefly. Thank you. So I can stand here. May it please the court I'm Jeff Arduino I represent the appellees in the case. The court has asked a number of questions that I think hit squarely on everything here to kind of pick up on Justice Stevens arguments or questions rather regarding subject matter jurisdiction into the council but it's just a statement. I'm sorry, thank you, Your Honor, Justice Steigman's questions about subject matter jurisdiction, and Justice Bridges questions towards the end regarding kind of ownership and use of the account. Frankly, sitting here today, it's still at issue, whether or not, whose account this is and really all about that, and I just don't that was not resolved in that hearing. They didn't need to be resolved in that hearing from the trial courts perspective, as far as whose account it is or who has equitable interest in the account, because there's technical ownership of the account. Then there's a question of where both people putting money in the account, is there equitable interest. None of that, though, has really anything to do with whether or not an order was entered that deals with this and gave you know prescribed to the parties how to handle it. To Justice Steigman's points, basically the court – of course, the circuit court has subject matter jurisdiction. And what's interesting is that Mr. Carlson nor his client have raised this issue. They have not raised this issue in the context of the trial itself, which is still ongoing kind of piece by piece as a bench trial as the court has the opportunity. They have not said there that the court doesn't have subject matter jurisdiction to decide what happens with the account. They only make that argument here because Mr. Murray got caught with his hand in the cookie jar, so to speak. So, that bank account order, as I understand it, it bears the caption of both 14 CH 976 and 14 CH 997. Is that right? That's correct for my recollection, Your Honor. Okay. We don't have the record. We have the record for 14 CH 976, although there's no transcript from the preceding what was termed a pretrial conference at which the bank account order was entered. Is that right? Correct, Your Honor. We don't have the 997 record, and correct, that was cast as a pretrial conference. I believe it was cast that way in the docket and perhaps on the face of the orders themselves. And I might point out to the court just interesting side piece here is there was also what I referred to as a property order in the appellee's brief that was entered simultaneously with the bank account order. And Mr. Murray, until now, seven years into the case basically, has not objected at all to the property order that was entered by the same mechanism as the bank account order through a pretrial conference. And he has benefited from that order, and frankly, the bank account order, he hasn't objected to the fact that the rest of the bank account order was followed, that there were dual signatures on checks by and large as are borne out by the exhibits from this hearing. So basically, he's chosen to benefit from it when he wants to benefit from it, but then when he got caught violating the bank account order, he now says it's void, but he doesn't make any argument that the simultaneously entered property order is void. And that property order is at A1 and A2 to the appendix to the appellee's brief. So I believe Your Honor, Justice Harris, you've correctly nailed it as far as there was a pretrial conference. Attorneys were present. The docket reflect parties was present, I believe, and this order was entered to basically try to keep things from going further off the rails. So there is – this order does not purport to be an injunction. It does not purport to be an attachment order. Mr. Carlson sets those up as kind of straw men to knock down. It doesn't purport to be any of those things. And one would have to ask, I think, how would then Judge Doherty in the circuit court, how would he have known all of the material that went into these orders? There's no argument that there was some sort of ex parte communication where I gave him a list of things and said, hey, Judge, can you do these 17 things for me in this bank account order and this property order? Rather, what happened is he – this came to him in this pretrial conference, and decisions were made, and these are agreed orders. I can tell you they aren't captioned agreed orders. Mr. Carlson says how could they be agreed orders? They don't say agreed orders. Let me ask you this. Other than the October 2014 bank order itself, what in the record can you direct us to to support your argument that there was a proper hearing conducted here? Your Honor, I think we would infer that from the fact that Mr. Widom, who was in the case much earlier than Mr. Carlson, filed his motion that's at Appley's Appendix A3 through A8. I believe this came up earlier in questioning. He filed that motion from you, actually, Your Honor, Justice Bridges. He filed that motion and said, hey, can I have relief from this order? So he didn't at that point say it was void. There's no argument, I believe, in Widom's motion that the order is void or for any of these reasons or that the order should be ignored or that the order wasn't agreed or that the order was entered in error or that the order was entered ex parte or without a hearing. To Justice Harris's point, I mean, what is a hearing? I think that's the – frankly, there's nothing that supports appellant's position, and it really is his to bring. He didn't get a bystander's report, which he could have. Between myself and the parties and the judge, you probably could have generated that. He could have requested it, but that wouldn't be favorable to him because it would end up saying essentially exactly what I believe the court already believes, which is that this was an agreed order and that that's what happened. You've used the term it was an agreed order. You heard Mr. Carlson's argument that there's no indication in the record where it was such. Is he incorrect? And if there's some indication in the record where it was an agreed order, where is it? Your Honor, I don't believe it's referred to as agreed, quote, in any – in the order or in the docket. I believe it's my construct that it's an agreed order in that partially, I guess, the court – I would ask for literally – I have the context of what happened because I was in the case that Mr. Carlson wasn't. We want to know from the record. Sure, of course, Judge. In an agreed order, you know, the thing is we're all alumni of the trial court and typically the better practice would be to say with regard to agreed orders to say this is an agreed order. Your Honor, I certainly would – In the absence of that, suggest maybe it wasn't. Your Honor, there's no objection noted on the face of the order or in the docket. To be fair, your point, it is an open question, but – and yes, 100%. Rewriting that order now at this point in life after this experience, I certainly would catch it in an agreed order. And if somebody said, well, wait, this isn't agreed, then you have the battle then rather than seven years later here. Judge, I just think I'm pointing, I guess, to the inferences and really the only reasonable inferences. The guy sits on the order for seven years, follows it for most of the time really, then all of a sudden gets caught not following it. Now it wasn't an agreed order. He earlier tries to – What was he doing to follow it as you just said? His own – his brother, his twin brother, Joe Murray, was his kind of person who handled his financial matters. He participated in the joint signing of checks and the back and forth of the financials as the windup was occurring before things went kind of further off the rails. So you'll see that Mr. Murray's signatures are on the checks that are – there are voluminous checks throughout the Appleese exhibits introduced at the hearing. Many with Kareem Joe. He goes by Joe Murray. His signature on those checks, participating as a dual signer and to try to pay out basically as the business was winding up the joint operation. They were trying to pay third parties who had outstanding vendors who had outstanding bills to them, and then whatever was left presumably would be divided. They participated in that, and then Mr. Murray didn't touch the money. Then Mr. Murray comes and has his attorney, Tim Widom, file a motion asking to get some of the money. Then Judge Doherty says, no, you still can't have some of the money because this case is still ongoing, and there's been no resolution as to whose account or what should be done with that money. Then Murray still for a while doesn't touch the money, and then finally just takes the money. So Judge, we're talking like three or four years here that the money just sits untouched, maybe longer. I'm sorry I don't have that fact at my fingertips. Go ahead. Okay, thank you, Your Honor. So I guess I would also go to the point that this isn't Murray's bank account. As far as assailing the underlying order, Murray now assails the order kind of saying, well, the order against me is void because the order it points to was void. Well, part of the problem is the order it points to by their argument, the Appelant's argument, it's Key's bank account. That's their argument. I don't necessarily agree with it, so he wants it to be – he kind of wants to make that sort of argument, but then really there should be a claim on behalf of Key. Key should be upset that Murray took its money if the parties were completely arms-length parties here. So I don't even know that Murray has the standing to attack the order, I guess I would say. I don't know that that merits a whole ton of time, but just as a matter of derivative action, it's not his money. And the order that controls the money isn't controlling his money, Murray's money. It's controlling Key's money. Your Honor, I would suggest that the rights as any due process argument that Mr. Carlson makes, those have all been waived. He leans a little bit more on subject matter but jurisdiction, but the due process arguments, I mean the Freeman case, the Smith v. Freeman, it's seven years into this. He participates, as we just discussed, in kind of the operation of the order up until he decides he doesn't want to. And I don't know how seven years later you come back and attack an order that you've actually – you knew about and you participated in. And the trial court was very clear to find that, as a matter of fact, that Mr. Murray knew about this order. That was the trial court's finding. So there's that. And then I would just point to the basic fact that if we allow people to just act contrary to court orders, you end up with, as this court put it, I believe, and then quoted by the Supreme Court, disastrous consequences. It's why the distinction is drawn between void versus voidable orders. And I don't – I disagree with the court's order, but I still, 99% of the time, have to follow it as a person. Otherwise, we would have abject chaos, and the court's orders would be rendered to nothing. So I just – I think that covers kind of the underlying order issue. Mr. Carlson and the appellant also argued regarding fees. I think that's pretty straightforward as well. If the court has questions, then obviously I'll answer those. Counsel, let me ask you a question about that because you cite in your brief Welch versus City of Evanston or Village of Evanston, which is a criminal contempt case. Do you have any authority – have you cited any authority regarding civil contempt, which is a case that we have before us? Your Honor – Do we all understand the court's inherent ability to impose penalties for enforcing its orders? Right, and your Honor, to be fair, the Welch case is a criminal contempt case. But when it talks about the imposition of fees, it talks about contempt generally and discretion to fashion and appropriate remedies to a party's contumacious behavior. It talks about it in a general sense, and the citation within that, which I did not cite but I can point the court to it out of Welch, is the 47th state currency versus B. Coleman Corp. That's 56 Ill App 3rd 229 and specifically at 235. And what Welch is pointing to in that 47th state currency case is the language that says, as an appropriate remedy in cases of both civil and criminal contempt may well be to require the contumacious party to bear the reasonable cost as well as attorney's fees of the contempt proceeding. The private litigant who brings the fact of an indirect contempt, civil or criminal in nature, before the court performs a valuable service to the court. Although there may be some incidental benefit to the moving party – there's a citation to a different case there – it would be inequitable not to require the contumacious party to pay such costs. By its action, the plaintiff in a contempt proceeding assists the court in enforcing its decrees against those who choose to ignore the orders of the court. So the case that Welch is pointing to is clear that we're talking about civil and criminal contempt cases as far as fees being proper. Your Honor, thank you, Your Honor. Unless there are further questions, Your Honor, I would just ask that the court affirm the trial court's order. All right. Thank you, Mr. O'Donohue. Mr. Carlson, rebuttal argument. Yes, Your Honor. Opposing counsel explained that his clients have an equitable interest in this bank account. He understands that they don't have any actual ownership interest. They are not on the title for the bank account. That really is the point of the matter here that I think is most important to understand. When they only have an equitable interest in this bank account, and they may very well have an equitable interest in the bank account, that is the point of a judgment. You can't freeze the bank account until the judgment occurs. So that really gets to the heart of the matter. They have a claim against this bank account, but there has been no hearing to determine whether or not it's a valid claim. And until there's a valid claim, until there's an actual judgment, an order entered, there is no subject matter jurisdiction over the plaintiff's property. Counsel, the order begins, the order at issue begins with this statement. This matter accompanied before the court in pretrial conference, with the court being fully advised in the premises, comma, it is ordered. Does that suggest that the court talked to the parties and maybe, in fact, reached an agreement that this order reflects an agreement of the parties? I would say, Your Honor, that a maybe agreement is not an agreement. Well, that's a good point. Let me go back to this. Counsel pointed out that you're the appellant and it's your obligation to secure a record. The record before us shows no effort by you to obtain a bystander's account or any other account to supplement this record so that we would have before us what, in fact, happened. What was before the court before this order was entered? Why should that be enough for us to reject your argument? Your Honor, I did go through efforts to attempts to get a transcript of that date and was told that there was no transcript available because everything occurred within within the actual judges chambers. I talked to my client, who was not in judges chambers, so he was not able to give me any any information. There's a bystander's record or other opportunities on the Supreme Court rules to create a record of what happened at this hearing before the judge. I believe I'm being asked to create a negative. At this point, the fact is, is that there was no hearing that, like, I can't create a negative. You know, that would have been answered, for instance, if the trial court pursuant to your efforts as part of a bystander's record said there was no hearing. Now we know. But you keep telling us that as if we have to accept it. We're not asking you to create a negative, but we're asking you to do is provide with the Supreme Court rule. Supreme Court says you're the appellant. You need to provide us a record of what happened. Did you contact the trial judge or make other efforts to complete this record as to what happened in this hearing? I did not contract Judge Doherty. I believe that the record was entirely contained on the orders. Well, I, I don't doubt the sincerity of your belief. It's just not enough counsel. I agree. I agree that that is not enough. That's why I'm asking for more. Thank you so much, Your Honor. And are there any other questions. I don't see any others. Thank you, counsel. Thank you both. The matter will be taken under advisement and the court will enter a written decision.